1   ROBERT W. FREEMAN
    Nevada Bar No. 3062
2   Robert.Freeman@lewisbrisbois.com
    LEWIS BRISBOIS BISGAARD & SMITH LLP
3   6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
4   702.893.3383
    FAX: 702.893.3789
5   Attorneys for Defendants
    Sergeant Russell Adams,
6   Corrections Officer Steven Loumakis, and
    Corrections Officer Maribel Suey
7

8              **UNITED STATE DISTRICT COURT**

9          **DISTRICT OF NEVADA, SOUTHERN DIVISION**

10

11  DANIEL T. WEATHERS,                          CASE NO. 2:15-cv-0027-JAD-BNW

12          Plaintiff,                            **STIPULATION AND ORDER FOR**
                                                  **DISMISSAL WITH PREJUDICE**
13          vs.

14  S. LOUMAKIS, STATE OF NEVADA,
    CLARK COUNTY DETENTION CENTER
15  CORRECTIONAL OFFICER,  M. SUEY,              ECF No. 82
    STATE OF NEVADA, CLARK COUNTY
16  DETENTION CENTER CORRECTIONAL
    OFFICER, SGT. ADAMS, STATE OF
17  NEVADA, CLARK COUNTY DETENTION
    CENTER CORRECTIONAL OFFICER,
18  NAPHCARE/CCDC MEDICAL STAFF et al.,
    LAS VEGAS SKIN AND CANCER CLINIC,
19  BLANCHARD MD, LUCIUS,

20          Defendants.

21

22      IT IS HEREBY STIPULATED and AGREED between Defendants Sergeant Russell

23  Adams, Corrections Officer Steven Loumakis, and Corrections Officer Maribel Suey , by and

24  through their attorneys, Robert W. Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH,

25  LLP, and Plaintiff Daniel T. Weathers, by and through his counsel, Marcus B. Smith, Esq, of

26  LITTLER MENDELSON, P.C, that all of Plaintiff's claims and causes of action against

27  …

28  …

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-5480-4416.1

1  Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their

2  own attorney's fees and costs.

3  Dated this 13th day of August, 2020.        Dated this 13th ay of August, 2020.

4  LEWIS BRISBOIS BISGAARD & SMITH LLP        LITTLER MENDELSON, P.C

5  */s/ Robert W. Freeman*                     */s/ Marcus B. Smith*
   Robert W. Freeman, Esq.                     Marcus B. Smith, Esq.
6  Nevada Bar No. 3062                         Nevada Bar No. 12098
   6385 S. Rainbow Blvd., Suite 600            3960 Howard Hughes Parkway, Suite 300
7  Las Vegas, Nevada 89118                     Las Vegas, Nevada 89169
   *Attorney for Defendants*                   *Attorneys for Plaintiff*

8
                                    **ORDER**
9
10      Based on the parties' stipulation **[ECF No. 82]** and good cause appearing, IT IS HEREBY
   ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees
11 and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

12                                  _____
                                    U.S. District Judge Jennifer A. Dorsey
13                                  Dated: August 13, 2020

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW